*The President, Directors and Co. of the Winthrop Bank* v. *James Miller et al.* L. H. SANDFORD, for complainants; E. FITCH SMITH, for defendants.

Exceptions to master's report allowed in part. Neither

party to have costs as against the other, on the exceptions to the answer or to the report. Defendant Miller to put in his further answer to so much of the first exception to his former answer as is allowed, within the twenty days fixed by the master.